# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILSON EARL LOVE,

    Plaintiff,

v.

STATE OF NEVADA,

    Defendant.

Case No. 2:17-cv-01317-RFB-CWH

**ORDER**

Presently before the court is pro se Plaintiff Wilson Earl Love's motion to file complaint (ECF No. 6), filed on June 5, 2017. Plaintiff moves for leave to file his complaint, and represents that he has included a money order for $400.00 to pay the filing fee in this case.

Under 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in district court. Additionally, based on the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, effective June 1, 2016, a $50.00 administrative fee applies for filing a civil action in district court, making the total filing fee $400.00.

However, upon review of the docket and consultation with the Clerk of Court, it does not appear that any money order was sent to the Court. No record of any payment received appears on the docket. The Court will therefore deny the motion.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiff Wilson Earl Love's motion to file complaint (ECF No. 6) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff must either file a renewed application to proceed *in forma pauperis* or pay the $350.00 filing fee, plus the $50.00 administrative fee, within 30 days from the date of this order.

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this order will result in a recommendation that this case be dismissed.

DATED: June 8, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge