# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILSON EARL LOVE,

    Plaintiff,

v.

STATE OF NEVADA,

    Defendant.

Case No. 2:17-cv-01317-RFB-CWH

**ORDER**

Presently before the court is pro se Plaintiff Wilson Earl Love's motion to determine (ECF No. 8), filed on June 19, 2017. Plaintiff moves the Court to determine what happened to a money order he represents was included in a previous mailing.

The Court acknowledges Plaintiff's exhibit (ECF No. 8, p. 3-4) which shows the receipt for a money order. However, as the Court noted in its previous order (ECF No. 7), upon consultation with the Clerk of Court, the Court has not received any money order. No record of any payment received appears on the docket. The Court cannot make any further determination in this matter. Plaintiff's motion is therefore denied.

Under 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in district court. Additionally, based on the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, effective June 1, 2016, a $50.00 administrative fee applies for filing a civil action in district court, making the total filing fee $400.00. Plaintiff is advised that pursuant to this Court's order (ECF No.7), Plaintiff has until July 8, 2017 to either file a renewed application to proceed *in forma pauperis* or pay the $350.00 filing fee, plus the $50.00 administrative fee**.** Plaintiff's failure to timely comply with this order may result in recommendation that this case be dismissed.

//

IT IS THEREFORE ORDERED that Plaintiff Wilson Earl Love's motion to determine (ECF No. 8) is DENIED without prejudice.

DATED: June 23, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge